```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF MISSOURI
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   Criminal Action No.
                                 )   10-00137-01-CR-W-DGK
CHRISTOPHER LEE RICE,            )
                                 )
          Defendant.             )

                    REPORT AND RECOMMENDATION

On July 15, 2010, I entered an order directing that defendant be examined in furtherance of a judicial determination of mental competency. Defendant was examined by Tiffany Brown, Psy.D., a Forensic Psychologist, who prepared a report dated January 20, 2011.

On February 17, 2011, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Larry Pace. The government was represented by Assistant United States Attorney Bruce Clark. The parties stipulated to the contents and findings of Dr. Brown as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

    RECOMMENDED that the court, after making an independent

---

[1] "Tr". refers to the transcript of the competency hearing.

review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

The parties waived the 14-day objection period (Tr. at 3-4); therefore, it is

ORDERED that any objections to the Report and Recommendation shall be filed by February 22, 2011.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
February 18, 2011