IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-00137-01-CR-W-DGK |
| CHRISTOPHER LEE RICE, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On July 15, 2010, the Court ordered the defendant to undergo a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241 for a judicial determination of defendant's mental competency. Defendant was examined by Dr. Tiffany Brown, who prepared a report dated January 20, 2011, in which she opined defendant was competent to stand trial.

During a competency hearing held before United States Magistrate Judge Robert E. Larsen on February 17, 2011, defendant and the government stipulated to the report of Dr. Brown. A report and recommendation was entered by Judge Larsen on February 18, 2011, recommending defendant be declared competent to stand trial. The parties waived the 14-day objection period. Therefore, after making an independent review of the record and applicable law, it is

ORDERED that the Report and Recommendation of Magistrate Judge Larsen is adopted in its entirety. This Court finds that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and that he is competent to stand trial.

/s/ Greg Kays
                                    GREG KAYS
                                    United States District Judge

Kansas City, Missouri
February 24, 2011